USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIFETRADE LITIGATION:<br><br>This Document Relates To All Actions | MASTER FILE<br>1:17-CV-02987 (JPO)(KHP) |

## ORDER ON MOTION TO WITHDRAW

KATHARINE H. PARKER, United States Magistrate Judge:

The Motion of Nicole M. Camacho for Leave to Withdraw as counsel for Defendants Wells Fargo Bank, N.A., Wells Fargo Bank Northwest, N.A. (n/k/a Wells Fargo Trust Company, N.A.), Wells Fargo Delaware Trust Company, N.A., and ATC Realty Fifteen, Inc., and for Nicole M. Camacho to be removed from this action's CM/ECF service list is GRANTED.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 1297, to remove Nicole M. Camacho as attorney of record for Defendants Wells Fargo Trust Company, N.A., and to remove Nicole M. Camacho from the CM/ECF service list.**

SO ORDERED.

Dated: July 11, 2025
       New York, New York

_____
Katharine H. Parker
United States Magistrate Judge